# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:17 cr 10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KAYLUN DAITWAN FULLWOOD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to an Unopposed Motion to Supplement Evidence for Motion to Suppress (#19). In the motion, the Defendant requests that the Court reopen the suppression hearing the Court held in this matter on May 9, 2017 to allow Defendant and the Government to present further evidence. The motion reflects that the United States Attorney does not object to the motion and therefore the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Unopposed Motion to Supplement Evidence for Motion to Suppress (#19) is hereby **ALLOWED**. The parties shall appear before the Court on **July 5, 2017 at 9:00 a.m.** in Courtroom #2 of the United States Courthouse for the purpose of the Court conducting further proceedings in regard to Defendant's Motion to Suppress.

Signed: June 30, 2017

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge