# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00010-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KAYLUN DAITWAN FULLWOOD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Suppress [Doc. 9] and the Magistrate Judge's Memorandum and Recommendation regarding the disposition of that motion [Doc. 27].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the Defendant's motion to suppress and to submit recommendations for its disposition.

On November 17, 2017, the Magistrate Judge entered a Memorandum and Recommendation containing proposed findings of fact and conclusions of law in support of a recommendation regarding the Defendant's motion. [Doc. 27]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within

fourteen (14) days of service.  The deadline for filing objections passed, and no objections were filed.

Having failed to file objections within the fourteen-day period, the Defendant has waived any objection to the Magistrate Judge's Memorandum and Recommendation regarding the motion to suppress.

On December 4, 2017, the Defendant pleaded guilty straight up to the charge set forth in the Bill of Indictment.  The Magistrate Judge accepted his guilty plea and further recommended that this Court accept the Defendant's plea and enter judgment thereon.  The Defendant was advised that he had fourteen (14) days to file any objections to the Magistrate Judge's recommendation.  [Doc. 30].  The deadline for filing objections passed, and no objections were filed.  Having failed to file objections within the fourteen-day period, the Defendant has waived any objection to the Magistrate Judge's recommendation regarding the acceptance of the Defendant's guilty plea.

Based upon the representations and answers given by the Defendant and counsel during the Rule 11 proceeding, the factual basis presented to the Magistrate Judge, the Magistrate Judge's recommendation that the Defendant's guilty plea be accepted, and no objections having been filed thereto,

**IT IS, THEREFORE, ORDERED** that the recommendation of the Magistrate Judge is adopted and the District Court hereby accepts the guilty plea of the Defendant Kaylun Daitwan Fullwood.

**IT IS FURTHER ORDERED** that the Defendant is deemed to have waived any objections to the Magistrate Judge's Memorandum and Recommendation regarding the motion to suppress.

**IT IS SO ORDERED**.

Signed: December 19, 2017

Martin Reidinger
United States District Judge